IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-00090-2 |
| | ) Chief Judge Haynes |
| DENVER TANGREN, | ) |
| Defendant. | ) |

## ORDER

The plea hearing in this action is **re-set for Wednesday, December 19, 2012 at 12:00 p.m.**

It is so **ORDERED**.

ENTERED this the 28th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court