IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 3:10-CR-00090 |
| | ) |
| DENVER TANGREN | ) |

### JOINT MOTION TO CONTINUE PLEA HEARING

Come the parties and hereby move this Court to continue the plea hearing currently set for **February 8, 2013, at 1:30 p.m.** The parties would show they are currently still working out the details of any agreement and need additional time. The parties would ask the Court for an additional thirty days to resolve this case.

Respectfully submitted,

s/ Travis Hawkins
Travis Hawkins, #17395
THE HAWKINS LAW FIRM
120 Old Liberty Pike
Franklin, TN 37064
615- 599-1010


s/Brent Hannafan (by GTH with permission)
Mr. Brent Hannafan, Esq.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203

### Certificate of Service

I certify that a copy of the above pleading was served on February 6, 2013, by delivering the same by via the court's electronic filing system to:

Mr. Brent Hannafan, Esq.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203                s/Travis Hawkins