IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 3:10-cr-00090-2 |
| v. ) | Chief Judge Haynes |
| ) | |
| DENVER TANGREN ) | |
| ) | |

## ORDER

For the reasons stated in open court, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of the United States.

It is so **ORDERED**.

ENTERED this the 30th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge