UNITED STATES ATTORNEY'S OFFICE
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-00090-2 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| DENVER TANGREN | ) | |

## AGREEMENT FOR PRETRIAL DIVERSION

The United States alleges that you conspired to possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of lysergic acid diethylamide (commonly known as "LSD"), in violation of Title 21, United States Code, Section 846, in that you received LSD and distributed it unlawfully, as set forth in the Indictment in Case No. 3:10-cr-00090. By virtue of your entering this agreement, you agree that you had conspired to possess with the intent to distribute and to distribute LSD, and that on January 26, 2010, you sold LSD which you had received from your co-defendant, Robert Sudberry.

Through your acceptance of responsibility for your behavior and by your signature on this Agreement, it appears, after an investigation of the offense and other circumstances surrounding the alleged criminal conduct, that the interests of the United States, your own interests and the interests of justice will be served by deferring any charges against you under the terms of this Agreement as set forth below.

Therefore, on the authority of the Attorney General of the United States, by David Rivera, United States Attorney for the Middle District of Tennessee, prosecution in this District for this offense shall be deferred for a period of six (6) months from this date, provided you abide by the following conditions and the requirements of the program set out below.

Should you violate the conditions of this supervision, the United States Attorney may revoke or modify any conditions of this diversion program or change the period of supervision which shall in no case exceed eighteen (18) months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for these offenses should you violate the conditions of this Agreement. In that event, he will furnish you with notice specifying the conditions of the Agreement which you have violated.

If and when you successfully complete your diversion program, and fulfill all the terms and conditions of the Agreement, the indictment pending against you in this case will be dismissed and no further prosecution for the offense set out on page 1 of this Agreement will be instituted in this District.

Should the United States, in its sole discretion, determine that you have violated the terms of this agreement and are therefore subject to further prosecution for the crimes set forth above, this agreement and any admissions you have made within it may be used against you in a subsequent prosecution for those crimes.

## CONDITIONS OF PRETRIAL DIVERSION

1. You shall not violate any federal, state, or local law.
2. You shall report to Pretrial Services as directed.
3. You shall maintain or actively seek employment.
4. You shall not possess any firearms, destructive devices, or other dangerous weapons.

5. You shall contact your pretrial diversion supervisor within 48 hours of any contact with law enforcement personnel, including traffic stops, arrests or questioning by any law enforcement officer.

6. You shall have no contact with your co-defendants.

7. You shall be fingerprinted by the U.S. Marshals Service in accordance with the policies of the Administrative Office of the U.S. Courts.

8. You shall continue to live in this judicial district. If you intend to move out of the district, you shall inform your pretrial diversion supervisor so that the appropriate transfer of program responsibility can be made.

## Certification of Agreement

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting an indictment to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Middle District of Tennessee, defer any prosecution of me for a violation of Title 21, United States Code, Section 846, for the period of six months. I agree and consent that any delay from the date of this Agreement to the date of the resumption of the prosecution, as provided for in the terms expressed herein, shall be deemed to be necessary delay at my request, and I waive any claim that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial.

I waive my rights under the Privacy Act of 1974, in order that the United States Attorney and the United States Probation Office may make the necessary disclosure of information for the purposes of this diversion program.

I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion and agree that I will comply with them.

_____      9/29/14
Denver Tangren                       Date

_____      9/29/14
Travis Hawkins                        Date
Attorney for Denver Tangren

_____      9/29/14
Paul Montgomery                    Date
Program Supervisor

_____      9/29/14
David Rivera                          Date
United States Attorney for the
Middle District of Tennessee
110 9th Avenue South, Suite A961
Nashville, Tennessee  37203

This agreement is approved pursuant to Title 18, United States Code, Section 3161(h)(2).

_____
William J. Haynes, Jr.
United States Chief District Judge